James FINLEY *v.* STATE of Arkansas

661 S.W.2d 359

Supreme Court of Arkansas
Opinion delivered December 19, 1983

*Jeff Rosenzweig,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Deputy Atty. Gen., for appellee.

PER CURIAM. In response to the Court's per curiam order of November 21, 1983, in this case, the petitioner's attorney, Jeff Rosenzweig, admits that if the Court adheres to its position expressed in that order, he was at fault in not filing the record in this case within the time allowed. The Court adheres to its position; so the record will be filed on the basis of counsel's admission of fault.

A copy of this opinion will be filed with the Committee on Professional Conduct.